UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 100 (AKH) (ECF)
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X   Docket No.:
JOHN LATONA and ANTOINETTE                                      07 CV 11433
LATONA

                     Plaintiff(s),                    CHECK-OFF ("SHORT
                                                                FORM") COMPLAINT
       -against-                                              RELATED TO THE
                                                                MASTER COMPLAINT
THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, 1 WORLD TRADE                                   PLAINTIFFS DEMAND A
CENTER, et al,                                                  TRIAL BY JURY
                     Defendants.
------------------------------------------------------------X

Judge Hellerstein

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated February 2, 2005, ("the Order"), a Master Complaint for all Plaintiffs was filed on May 12, 2005, as part of Case Management Order Number Four, which was signed and dated on May 12, 2005.

NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "X" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, JOHN LATONA and ANTOINETTE LATONA, by their attorneys DOUGLAS & LONDON, P.C., complaining of Defendant(s), respectfully allege:

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

Page 1 of 12

# I. PARTIES

## A. PLAINTIFF(S)

1. ☒ Plaintiff, JOHN LATONA (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New York residing at 25 Claypit Road, Staten Island, New York 10309.

(OR)

2. Alternatively,

   A. ☐ Plaintiff, _____ (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of _____ residing at _____.

   B. ☐ _____ as the _____ of Decedent _____, brings this claim in his (her) capacity as Administrator of the Estate of _____.

3. ☒ Plaintiff, ANTOINETTE LATONA (hereinafter the "Derivative Plaintiff"), is a citizen of the State of New York residing at 25 Claypit Road, Staten Island, New York 10309, and has the following relationship to the Injured Plaintiff:

   ☒ SPOUSE: at all relevant times herein, is and has been lawfully married to Plaintiff JOHN LATONA, and brings this derivative action for her loss due to the injuries sustained by her husband, Plaintiff JOHN LATONA

   ☐ Parent

   ☐ Child

   ☐ Other: _____

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

4. In the period from September 11, 2001, until on or about November 2001 the Injured Plaintiff worked for New York City Department of Transportation as a highway repairer at:

    i. ☒ The World Trade Center Site

        1. Location(s) (i.e., building, quadrant, etc.) Based upon information known at this time, Plaintiff worked throughout the four quadrants;
        2. From on or aboutSeptember 11, 2001, until on or aboutNovember 2001;
        3. Approximately _____ hours per day; for
        4. Approximately _____ days total.

    ii. ☐ The New York City Medical Examiner's Office

        1. From on or about _____, until on or about _____;
        2. Approximately _____ hours per day; for
        3. Approximately _____ days total.

    iii. ☐ The Fresh Kills Landfill

        1. From on or about _____, until on or about _____;
        2. Approximately _____ hours per day; for
        3. Approximately _____ days total.

    iv. ☐ **Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The Injured Plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:

        1. From on or about _____, until on or about _____;
        2. Approximately _____ hours per day; for
        3. Approximately _____ days total.
        4. Name and Address of Non-WTC Site Building/Worksite:
        _____
        _____

*\*Continue this information on a separate sheet of paper if necessary.*

***Please read this document carefully.***
*It is very important that you fill our each and every section of this document.*

*If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.*

5. Injured Plaintiff

    ☒ Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

    ☒ Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

    ☒ Was exposed to and inhaled or absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

    ☒ Other:
    <u>Not yet determined.</u>

6. Injured Plaintiff

    ☒ Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

    ☐ Made a claim to the Victim Compensation Fund that was denied. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

    ☐ Made a claim to the Victim Compensation Fund that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

    ☐ Made a claim to the Victim Compensation Fund that was granted. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, Ground-Zero Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

***Please read this document carefully.***
***It is very important that you fill our each and every section of this document.***

## B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

- ☐ THE CITY OF NEW YORK ("CITY")
  - ☐ A Notice of Claim was timely filed and served on _____ and
    - ☐ Pursuant to General Municipal Law §50-h the CITY held a hearing on or about _____; and
    - ☐ The CITY has yet to hold a hearing as required by General Municipal Law §50-h; and
    - ☐ More than thirty days have passed and the CITY has not adjusted the claim.

  (AND/OR)

  - ☐ An Order to Show Cause application to:
    - ☐ deem Plaintiff's Notice of Claim timely filed, or in the alternative to grant Plaintiffs' leave to file a late Notice of Claim *Nunc Pro Tunc* has been filed and a determination:
    - ☐ for leave to file a late Notice of Claim *Nunc Pro Tunc* has been filed and a determination:
      - ☐ is pending
      - ☐ Granting petition was made on _____.
      - ☐ Denying petition was made on _____.

- ☒ PORT AUTHORITY OF NEW YORK AND NEW JERSEY
  - ☒ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on August 6, 2007;
  - ☒ More than sixty days have elapsed since the Notice of Claim was filed, and
    - ☐ the Port Authority has adjusted this claim.
    - ☒ the Port Authority has not adjusted this claim.

- ☒ 1 WORLD TRADE CENTER, LLC

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

- ☒ 1 WTC HOLDINGS, LLC
- ☒ 2 WORLD TRADE CENTER, LLC
- ☒ 2 WTC HOLDINGS, LLC
- ☒ 4 WORLD TRADE CENTER, LLC
- ☒ 4 WTC HOLDINGS, LLC
- ☒ 5 WORLD TRADE CENTER, LLC
- ☒ 5 WTC HOLDINGS, LLC
- ☒ AMEC CONSTRUCTION MANAGEMENT, INC.
- ☐ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION
- ☐ BECHTEL CONSTRUCTION, INC.
- ☐ BECHTEL CORPORATION
- ☐ BECHTEL ENVIRONMENTAL, INC.
- ☒ BOVIS HOLDINGS LIMITED
- ☒ BOVIS INTERNATIONAL, INC.
- ☒ BOVIS LEND LEASE, INC.
- ☒ BOVIS LEND LEASE INTERIORS, INC.
- ☒ BOVIS LEND LEASE LMB, INC.
- ☐ CONSOLIDATED EDISON COMMUNCIATIONS HOLDING COMPANY, INC.
- ☐ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
- ☐ CONSOLIDATED EDISON DEVELOPMENT, INC.
- ☐ CONSOLIDATED EDISON ENERGY, INC.
- ☐ CONSOLIDATED EDISON INC.
- ☐ CONSOLIDATED EDISON SOLUTIONS, INC.
- ☐ LIBERTY MUTUAL MANAGED CARE, INC.
- ☐ PLAZA CONSTRUCTION CORP.
- ☐ PLAZA CONSTRUCTION MANAGEMENT CORP.
- ☒ SILVERSTEIN PROPERTIES
- ☒ SILVERSTEIN PROPERTIES, INC.
- ☒ SILVERSTEIN WTC FACILITY MANAGER, LLC
- ☒ SILVERSTEIN WTC, LLC

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

- ☒ SILVERSTEIN WTC MANAGEMENT CO., LLC
- ☒ SILVERSTEIN WTC PROPERTIES, LLC
- ☐ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN
- ☐ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK
- ☒ TULLY CONSTRUCTION CO., INC.
- ☒ TULLY CONSTRUCTION COMPANY
- ☒ TULLY CONSTRUCTION CORP.
- ☒ TULLY ENVIRONMENTAL INC.
- ☒ TULLY INDUSTRIES INC.
- ☒ TURNER CONSTRUCTION CO.
- ☒ TURNER CONSTRUCTION COMPANY
- ☒ TURNER CONSTRUCTION INTERNATIONAL, LLC
- ☐ TURNER/PLAZA, A JOINT VENTURE
- ☒ WESTFIELD AMERCIA, INC.
- ☒ WESTFIELD CORPORATION, INC.
- ☒ WESTFIELD WTC, LLC, NOT KNOWN AS WTC RETAIL, LLC
- ☒ WESTFIELD WTC HOLDING, LLC
- ☒ WORLD TRADE CENTER PROPERTIES, LLC
- ☐ OTHER: _____ (If this box is checked, you must include the additional pleading paragraphs specifically setting forth the Plaintiff(s)' claims against this Defendant on a separate page attached as Addendum A.

- ☐ Non-WTC Site Building Owner

   Name: _____

   Business/Service Address: _____

   Building/Worksite Address: _____

- ☐ Non-WTC Site Lessee

   Name: _____

   Business/Service Address: _____

   Building/Worksite Address: _____

- ☐ Non-WTC Site Building Management Agent

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

Name: _____

Business/Service Address: _____

Building/Worksite Address: _____

## II. JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☒ Founded upon Federal Question Jurisdiction; specifically

    ☒ Air Transportation Safety & System Stabilization Act of 2001, (or)

    ☐ Federal Officers Jurisdiction, (or)

    ☐ Other (specify): _____

☐ Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §1441.

## III. CAUSES OF ACTION

Plaintiff(s) seeks damages against the above-named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§200 and 240

☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law §241(6)

☐ Pursuant to New York General Municipal Law §205-a

☐ Pursuant to New York General Municipal Law §205-e

☒ Common Law Negligence

☒ Medical Monitoring

☒ Fear of Cancer

☒ Fraud and Misrepresentation

    ☒ Air Quality;

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

  ☒  Effectiveness of Mask Provided;

  ☐  Effectiveness of Other Safety Equipment Provided
    (specify: _____ );

  ☐  Other (specify): _____

☐ Wrongful Death

☒ Loss of Services/Loss of Consortium for Derivate Plaintiff

☐ Other: _____

## IV. CAUSATION, INJURY AND DAMAGE

1. As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

☐ Abdominal Pain
 Date of Onset: _____
 Date physician first connected this injury to WTC work: _____

☐ Asthma
 Date of Onset: _____
 Date physician first connected this injury to WTC work: _____

☐ Brain Tumor
 Date of Onset: _____
 Date physician first connected this injury to WTC work: _____

☐ Burns
 Date of Onset: _____
 Date physician first connected this injury to WTC work: _____

☐ Chronic Bronchitis
 Date of Onset: _____
 Date physician first connected this injury to WTC work: _____

☐ Chronic Cough
 Date of Onset: _____
 Date physician first connected this injury to WTC work: _____

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

☐ Chronic Obstructive Lung Disease
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Dermatitis
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Fear of Cancer
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Gastric Reflux
   Date of Onset: <u>August 2007</u>
   Date physician first connected this injury to WTC work: <u>To be supplied at a later date.</u>

☐ Hypertension
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Indigestion
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Insomnia
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Leukemia
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Lung Cancer
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Lymphoma
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Nausea
   Date of Onset: _____
   Date physician first connected this injury to WTC work: _____

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

☐ Pulmonary Fibrosis
Date of Onset: _____
Date physician first connected this injury to WTC work: _____

☐ Shortness of Breath
Date of Onset: _____
Date physician first connected this injury to WTC work: _____

☐ Sinusitis
Date of Onset: _____
Date physician first connected this injury to WTC work: _____

☐ Reactive Airway Disease
Date of Onset: _____
Date physician first connected this injury to WTC work: _____

☐ Other: <u>Chronic Myeloid Leukemia</u>
Date of Onset: <u>December 23, 2007</u>
Date physician first connected this injury to WTC work: <u>To be supplied at a later date.</u>

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

2. As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground-Zero Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

☒ Pain and suffering

☒ Loss of the pleasures of life

☒ Loss of earnings and/or impairment of earning capacity

☒ Loss of retirement benefits/diminution of retirement benefits

☒ Expenses for medical care, treatment and rehabilitation

☒ Other:

    ☒ Mental Anguish

    ☒ Disability

    ☒ Medical Monitoring

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

☐ Other: _____

3.  As a direct and proximate result of the injuries described *supra*, the derivate plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

**WHEREFORE,** Plaintiffs respectfully pray that the Court enter judgment in their favor and against Defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiffs demand that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
       December 19, 2007

                                    Yours, etc.,

                                    DOUGLAS & LONDON, P.C.

                                    BY: _____
                                        MICHAEL A. LONDON (ML-7510)
                                        Attorney for Plaintiffs
                                        111 John Street, Ste 1400
                                        New York, New York 10038
                                        (212) 566-7500

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*